■ In the Matter of MIDDLETOWN-WALLKILL IMPROVEMENTS CORP., Respondent, v. ALVA E. LUCAS, as Town Assessor of the Town of Wallkill, et al., Appellants. In the Matter of DANIEL THOMPSON et al., Respondents, v. ALVA E. LUCAS, as Town Assessor of the Town of Wallkill, et al., Appellants. In the Matter of ORANGE COUNTY AGRICULTURAL SOCIETY, INC., Respondent, v. ALVA E. LUCAS, as Town Assessor of the Town of Wallkill, et al., Appellants.— Three orders of the Supreme Court, Orange County, all dated March 16, 1972, each in a separate one of the above-entitled three proceedings, affirmed, with one bill of $10 costs and disbursements jointly to the respective sets of respondents. No opinion. The time within which appellants may reply to the subsequent notices to admit, dated February 7, 1972, is extended until 20 days after entry of the order to be made hereon. Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

■ KIPP BROTHERS, INC., Respondent, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant.— In an action, pursuant to section 137 of the State Finance Law, to recover upon a surety bond given to secure payment of money allegedly due under a contract for furnishing materials for a public improvement, defendant appeals from (1) an order of the Supreme Court, Westchester County, dated December 28, 1971, which granted plaintiff's motion for summary judgment, and (2) a judgment of the same court entered January 7, 1972 upon said order. Order and judgment reversed, without costs, and motion denied. In our opinion, issues of fact were presented which precluded the granting of plaintiff's motion for summary judgment. Rabin, P. J., Munder, Latham, Shapiro and Christ, JJ., concur.